JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JORDI PEREZ, | CV 24-9505 PA (MAAx) |
| Plaintiff, | JUDGMENT |
| v. | |
| EQUIFAX INFORMATION SERVICES LLC, | |
| Defendant. | |

Pursuant to the Court's February 19, 2025 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: February 19, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE